# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Thomas Glasgow SR

v.

(Full name of defendant(s))

Charles Dombeck

Case Number:

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Waupun Correctional Institution__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Charles Dombeck__
                                                    (Name)
   is (if a person or private corporation) a citizen of _____

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for __Waupun Correctional Institution, Wisconsin__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Charles Dombeck N.P. WCI. with malicious deliberate intent would not allow me to meet with Ryan Juza UW-Madison hernia surgeon. Due to life threatening health complications from cheap plastic composite Prolene hernia mesh made by Ethicon. One of the most dangerous mesh's ever approved by the FDA.

1. Sept 9, 2014 had double hernia surgery by DR Duncan Cheboygan, MI.

2. Deliberately denied 2 referals by DR Ritt sheboygan clinic, Shelly Noel
3. Aug 2, 2021 Waupun memorial Hospital DR Renoylds verified my have a cheap plastic hernia mesh defective in nature yet refused to do anything about it.
4. UW-madison Ryan Juza on June 14, 2022 said I'm not sure I can do anything to help me. Reluctant to help me.
5. Since Transfer to WCI Ryan Juza has been reaching out to me via HSU Charles Dombeck deliberately refuses to allow one follow up consult. Reason is Ryan Juza does not want to get involved due to in-experience in messy surgery of mesh removal
6. Charles Dombeck as of July 31, 2022 deliberately discontinued all

Complaint – 3
Case 2:23-cv-00156-SCD     Filed 02/06/23     Page 3 of 9     Document 1

OTC meds Tylenol + anti itch creams. Stated through a nurse I have to buy all my meds off of canteen.

7. Since my Provider Charles Dombeck is in control of my care he's also deliberately cancelled any further off site DR visit to pain clinic + dermatology that I was on list since I been at CCI in WDOC.

7. Not sure why I've been treated like this. (A) My condition is worsening by the day. (B) I'm sure if I'd have been allowed to go to Froedterts on March 22, 2021 or June 15, 2021 I would most likeley would have had the revision surgery.

8. Now the 2 Surgeon I've seen do not see it necessary to do revision

CONTINUED
— (4)

Relief wanted

As my condition worsen's This is not for monetary gain. It's about failure to meet my medical need's. My life threatening hernic mesh rejection is destroying my health. Deliberate indifference, Malice intent, medical neglect knowing while in the medical field about defective medical devises on the market. Dombeck Charles did act on purpose to allow me to suffer serious pain an anguish and Torment. Your Honor I know this is sloppy legal work. I know nothing about doing legal litagation. So please accept this federal complaint as is for my very life depends on this injuction for revision surgery. I've exhausted all my avenues of remidy ICE since 9-1-22 tell today still trying to recieve some medical treatment. It's as if I'm not an inmate in WDOC AT WCI. HSU refuses

# 5

surgery I'm suffering life threatening prolene hernia mesh rejection.

9. Symtoms are as follows. Severe to moderate pain in the beggining. now excruciating debilitating crippling pain in legs, groin, Testicles mesh has eroded into my spermadic cords as well as my Testicles, I'm certain my re-productive organs well be removed. Better to live without them than to keep my Testicles and live in the excruciating pain I'm forced to go through. Symptoms continue to worsen as now the vomiting nousea, head-ache, allergic reaction, cold chills- cold sweats, provoked immune response, internal organ damage, bowel obstruc- -tion constipation, difficulty urinating burning + stinging while pissing as well the ripping, cutting, pulling + tearing in surgical area as well as my Testicles, the shooting nerve pain in feet + hands and abdominal area is so painfull, the broken glass, cactus needles in Testicles, while sitting uncontrollable hot flashes, chronic

#6

pain that's set into my joints + muscles is literally crippling me. I'm not able to function as a normal 60 yr old male. The excessive scar tissue that is grown in lower abdominal area is so painfull it limits my bending, squatting. To walk normal is being stolen from because of failure to recieve adequate medical care

10. I'm certain of this outside of WDOC There are a growing number of hernia Surgeon's who are willing to help save a human being from being destroyed by the defective hernia mesh. Who are willing to do the messy revision surgery.

11. I'm as a US Army Veteran honorabley discharged with a disability. I'm no one special. Why should I not be offered the necessary surgery to stop the pain + suffering that is literally killing me

12. Now in the latter stages of mesh

chest cold with flu like cough has set in.

13. As my right to adequate medical surgery is prolonged the destruction of my internal organs continues to progress

14. The suffering I'm being forced to endure is not only physical torture but psychologically challenging as well. Knowing for a fact that there is an increasing number of surgeons that now realize the devestating destructive effects that any of the manufectured mesh is the most dangerous mesh on the market

15. I've put in many ICE, 3035 Doc health request to no avail my constitutional rights by medical personal in WDOC as well as the public sector is confusing at best. Why me. God only knows.

16. I compel you Majesty to please act on my behalf I never ever thought I'd have to file a law suit

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1 million dallors no cents
500 Thousand For Punitive damages
500 Thousand for compensation
for pain and suffering
I Also request en injuction for
medical Surgery e revision hernia Surgery
To Save my life from The destruction
of The prolene hernia mesh please
your honor consider all These Things es
I'm not Sure how much longer I can
hold up in WDOC.