# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS EDWARD GLASGOW, SR.,

    **Plaintiff,**

v.                                                                     Case No. 23-CV-156

CHARLES DOMBECK,

    **Defendant.**

## ORDER

Plaintiff Thomas Edward Glasgow, Sr., who is currently confined at Waupun Correctional Institution and is representing himself, has filed a notice of voluntary dismissal. (ECF No. 25.) Because the defendants have already answered, the case cannot be granted without a court order. Fed. R. Civ. P 41(a)(2). As such, the court will construe the notice of as a motion. Currently there is a motion for summary judgment on the grounds that Glasgow failed to exhaust his administrative remedies pending. (ECF No. 21.) The case has not progressed so far that allowing a voluntary dismissal would greatly impact the defendant. As such, the court allow Glasgow to voluntarily dismiss his case.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Glasgow's motion for voluntary dismissal (ECF No. 109) is **GRANTED**. The case is **DISMISSED.**

Dated in Milwaukee, Wisconsin this 26th day of September, 2023.

STEPHEN DRIES
United States Magistrate Judge